AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

(4645)

Lawrence Mesite

v.

Dina Vacca

## SUMMONS IN A CIVIL ACTION

04  11942 GAO

CASE NUMBER:

TO: (Name and address of Defendant)

Dina Vacca
1321 Washington Street
Newton, MA 06465

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon Scarano
60 Commercial Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 3, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lawrence E. Hartnett | Constable/Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

XX Left copies thereof at the defendant's usual place of ~~abode~~ employment with a person of suitable age and discretion then ~~residing therein~~ employed therein

Name of person with whom the summons and complaint were left: Carol Mansfield at the Newton Police Department 1321 Washington Street, Newton, Ma. 02165

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.60 | $35.00 | $40.60 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 3, 2005                    _Lawrence E. Hartnett_
                       Date                         Signature of Server  Lawrence E. Hartnett

19 Dix Road Maynard, Ma. 01754
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.