# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

(4844)

Lawrence J. Mesite

V.

Dawn Hough

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-11942 GAO**

TO: (Name and address of Defendant)

Dawn Hough
1321 Washington Street
Newton, MA. 06465

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon Scarano, Esquire
60 Commercial Wharf
Boston, MA. 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DEC 6 2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | January 3, 2005 |
| NAME OF SERVER (PRINT)<br>Lawrence E. Hartnett | TITLE<br>Constable/Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

XX Left copies thereof at the defendant's usual place of employment with a person of suitable age and discretion then employed therein

Name of person with whom the summons and complaint were left: Ginny Pecorari at the Newton Police Department Annex 25 Chestnut Street, Newton, Ma. 02165

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.60 | $35.00 | $40.60 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 3, 2005
              Date

Signature of Server   Lawrence E. Hartnett

19 Dix Road, Maynard, Ma. 01754
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.