UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>        Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>        Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

### RULE 26(a)(1) INITIAL DISCLOSURES BY DEFENDANTS NEWTON POLICE OFFICERS DAWN HOUGH, JOANNE BLAY AND DINA VACCA

Defendants Newton Police Officers Dawn Hough, Joanne Blay and Dina Vacca, hereby provide their required initial disclosures pursuant to Rule 26(a)(1).

A.     Individuals Likely to Have Discoverable Information

     1.     Lawrence J. Mesite (Plaintiff)
            (address unknown)

            Subject Matter:     First-hand knowledge of circumstances leading to his arrest, his arrest, his incarceration at Bridgewater State Hospital and alleged beatings during incarceration.

     2.     Keith Bertrand
            (address unknown)

            Subject Matter:     First-hand knowledge of circumstances leading to Plaintiff's arrest.

3.     Newton Police Officer
    Dawn Hough (Keefe)
    Newton Police Department
    1321 Washington Street
    Newton, MA 02465

    Subject Matter:    First-hand knowledge of circumstances leading to Plaintiff's arrest and Plaintiff's arrest.

4.     Newton Police Officer
    Jo Blay (Gourdeau)
    Newton Police Department
    1321 Washington Street
    Newton, MA 02465

    Subject Matter:    First-hand knowledge of circumstances leading to Plaintiff's arrest and Plaintiff's arrest.

5.     Newton Police Officer
    Dina Vacca
    Newton Police Department
    1321 Washington Street
    Newton, MA 02465

    Subject Matter:    First-hand knowledge of circumstances leading to Plaintiff's arrest and Plaintiff's arrest.

6.     Lieutenant Dennis Dowling
    Newton Police Department
    1321 Washington Street
    Newton, MA 02465

    Subject Matter:    First-hand knowledge of circumstances leading to Plaintiff's arrest and Plaintiff's arrest.

7.     Lieutenant Gerald Mahoney
    Newton Police Department
    1321 Washington Street
    Newton, MA 02465

    Subject Matter:    First-hand knowledge of circumstances leading to Plaintiff's arrest and Plaintiff's arrest.

8.  Kenneth Nelson
    Bridgewater State Hospital
    20 Administration Road
    Bridgewater, MA 02324

    Subject Matter:   Plaintiff's incarceration at Bridgewater State Hospital and alleged beatings during incarceration.

B.  Relevant Documents

Criminal Docket Sheet for Lawrence Mesite, Docket No. 0112CR000627

Newton Police Department Incident Report (9/17/01)

Newton Police Department Evidence/Property Forms (9/17/01)

Newton Police Department Evidence/Property Forms (9/19/01)

DEFENDANTS,
NEWTON POLICE OFFICERS
DAWN HOUGH, JOANNE BLAY
AND DINA VACCA,

By their attorney,

*[signature]*
Donnalyn B. Lynch Kahn (BBO # 556609)
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA  02459
Tel: (617) 796-1240

Dated:  8/25/5

3