UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>      Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>      Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants Newton Police Officers Dawn Hough, Joanne Blay and Dina Vacca and their undersigned counsel hereby affirm that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course - and various alternative courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
On behalf of the City of Newton

_____
Newton Police Officer
Dawn Hough

_____
Newton Police Officer
Joanne Blay

_____
Newton Police Officer
Dina Vacca

Dated: 8/25/5

DEFENDANTS,
NEWTON POLICE OFFICERS
DAWN HOUGH, JOANNE BLAY
AND DINA VACCA,

By their attorney,

_____
Donnalyn B. Lynch Kahn (BBO # 556609)
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA  02459
Tel: (617) 796-1240

2

## CERTIFICATE OF SERVICE

I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed First Class postage prepaid a copy of the within Rule 26(a)(1) Initial Disclosures and Certification Pursuant to Local Rule 16.1(D)(3) to Damon Scarano.

Signed under the pains and penalties of perjury this 25th day of August, 2005.

Donnalyn B. Lynch Kahn
Assistant City Solicitor

3