UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAR 13 P 2: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LAWRENCE J. MESITE,<br>Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

## REQUEST FOR COURT ORDER REQUIRING
## PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA

Defendants City of Newton Police Officers Dawn Hough, Joanne Blay and Dina Vacca hereby request a Court Order so that Bridgewater State Hospital may produce records pursuant to a Subpoena Duces Tecum.

In support of this Request, Defendants state as follows:

1. Bridgewater State Hospital is a named defendant in the above-captioned matter but has not yet been served with a copy of the Complaint.

2. On or about February 24, 2006, Defendants served upon the Keeper of Records for Bridgewater State Hospital a Subpoena Duces Tecum for certified documents related to Plaintiff Lawrence J. Mesite. (See Subpoena Duces Tecum attached hereto as Exhibit "A").

3. The Keeper of Records for Bridgewater State Hospital has advised that a Court Order is required for release of the certified documents requested in the Subpoena Duces Tecum.

WHEREFORE, Defendants respectfully request that this Court issue an Order allowing Bridgewater State Hospital to release to Defendants the documents sought in the attached Subpoena Duces Tecum.

                                        DEFENDANTS, CITY OF NEWTON
                                        POLICE OFFICERS DAWN HOUGH,
                                        JOANNE BLAY AND DINA VACCA,

                                        By their attorney,

                                        */s/ Donnalyn B. Lynch Kahn*
                                        Donnalyn B. Lynch Kahn (BBO # 556609)
                                        Assistant City Solicitor
                                        City of Newton Law Department
                                        1000 Commonwealth Avenue
                                        Newton Centre, MA 02459
                                        Tel: (617) 796-1240

Dated: March 10, 2006

EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>    Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>    Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

### SUBPOENA DUCES TECUM

TO:   Keeper of Records
       Bridgewater State Hospital
       20 Administration Road
       Bridgewater, MA 02324

You are hereby commanded in the name of the Commonwealth of Massachusetts to appear before a Notary Public or other officer duly authorized to administer oaths at the offices of Donnalyn B. Lynch Kahn, Esq. at Newton City Hall, 1000 Commonwealth Avenue, Newton, MA 02459 on March 17, 2006 at 10:00 AM and from day-to-day thereafter, to testify concerning former Bridgewater State Hospital prisoner Lawrence J. Mesite.

You are further required to bring with you the following documents.

1. Certified documents regarding former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

2, Certified medical records regarding former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

3. Certified disciplinary records regarding former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

4. Certified reports of injury to former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

        PLEASE NOTE THAT IF THE DOCUMENTS REQUESTED ARE
        RECEIVED BY ATTORNEY DONNALYN B. LYNCH KAHN
        PRIOR TO THE DEPOSITION DATE, YOU NEED NOT APPEAR.

Dated: 2/24/06

Notary: Barbara [signature]

[Notary seal: BARBARA RESH, NOTARY PUBLIC]

2

## RULE 7.1 CERTIFICATION

I, Donnalyn B. Lynch Kahn, hereby certify that I have conferred with counsel for the Plaintiff. This motion does not require the resolution of a conflict between Plaintiff and Defendants.

_____
Donnalyn B. Lynch Kahn

## CERTIFICATE OF SERVICE

I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed First Class postage prepaid a copy of the within to Damon Scarano, Esq.

Signed under the pains and penalties of perjury this 10th day of March, 2006.

*[signature]*
Donnalyn B. Lynch Kahn
Assistant City Solicitor