UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-11942GAO

Lawrence J. Mesite
    Plaintiff

v.

Newton Police Officer, Dawn Hough, et al
    Defendants

### RULE 26(A)(1) INITIAL DISCLOSURES BY PLAINTIFF, LAWRENCE J. MESITE

Plaintiff Lawrence J. Mesite hereby provides the required initial disclosure pursuant to Rule 26(a)(1).

**A.** **Individuals likely to have discovery or discoverable information:**

1. Lawrence J. Mesite (Plaintiff)
   in transit from Florida to Nashua N.H.

   Subject Matter: First Hand Knowledge of the circumstances leading to Mesite's arrest, his incarceration At Bridgewater State Hospital and the alleged beatings during incarceration

2. Keith Bertrand

   Subject Matter: First Hand Knowledge of the circumstances leading to plaintiff's arrest

3. Newton Police Office
   Dawn Hough (Keefe)
   Newton Police Department
   1321 Washington Street
   Newton, MA  02465

   Subject Matter: First Hand Knowledge of the circumstances leading to Lawrence J. Mesite's arrest

4.    Newton Police Officer
   Jo Blay (Gourdeau)
   Newton Police Department
   1321 Washington Street
   Newton, MA  02465

   Subject Matter: First Hand Knowledge of the circumstances leading to Lawrence J. Mesite's arrest.

5.    Newton Police Officer
   Dina Vaca
   Newton Police Department
   1321 Washington Street
   Newton, MA  02465

   Subject Matter: First Hand Knowledge of the circumstances leading to Lawrence J. Mesite's arrest.

6.    Lieutenant Dennis Dowling
   Newton Police Department
   1321 Washington Street
   Newton, MA  02465

   Subject Matter: First Hand Knowledge of the circumstances leading to Lawrence J. Mesite's arrest.

7.    Lieutenant Gerald Malloney
   Newton Police Department
   1321 Washington Street
   Newton, MA  02465

   Subject Matter: First Hand Knowledge of the circumstances leading to Lawrence J. Mesite's arrest.

8.    Kenneth Nelson
   Bridgewater State Hospital
   20 Administrative Road
   Bridgewater, MA  02324

   Subject Matter: Plaintiff's incarceration at Bridgewater State Hospital and alleged beatings during incarceration.

**B.**   **Relevant Documents**

1.    Newton Police Department Incident Report, 9/17/01

2

2. Newton Police Department Evidence, Property Forms, 9/17/01

3. Medical history of Mesite at Bridgewater State Hospital

> The plaintiff,
> By his attorney,
>
> /s/ Damon Scarano
> Damon Scarano, Esquire
> Attorney At Law
> 60 Commercial Wharf
> Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Damon Scarano, hereby certify that on this date I have mailed First Class postage prepaid a copy of the within to Donnalyn B. Lynch Kahn, Esq., Assistant City Solicitor, City of Newton Law Department, 1000 Commonwealth Avenue, Newton Centre, MA 02459.

Signed under the pains and penalties of perjury this 16th day of March, 2006.

/s/ Damon Scarano
Damon Scarano, Esquire