UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR 14 A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LAWRENCE J. MESITE,<br>　　　　Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>　　　　Defendants | CIVIL ACTION<br>NO. 04-11942-GAO |

## SUBPOENA DUCES TECUM

TO:　Keeper of Records
　　　Bridgewater State Hospital
　　　20 Administration Road
　　　Bridgewater, MA 02324

You are hereby commanded in the name of the Commonwealth of Massachusetts to appear before a Notary Public or other officer duly authorized to administer oaths at the offices of Donnalyn B. Lynch Kahn, Esq. at Newton City Hall, 1000 Commonwealth Avenue, Newton, MA 02459 on May 12, 2006 at 10:00 AM and from day-to-day thereafter, to testify concerning former Bridgewater State Hospital prisoner Lawrence J. Mesite.

　　You are further required to bring with you the following documents.

　　1. Certified documents regarding former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

　　2, Certified medical records regarding former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

　　3. Certified disciplinary records regarding former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

4. Certified reports of injury to former Bridgewater State Hospital prisoner Lawrence J. Mesite from 1980 to present.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

                PLEASE NOTE THAT IF THE DOCUMENTS REQUESTED ARE
                RECEIVED BY ATTORNEY DONNALYN B. LYNCH KAHN
                PRIOR TO THE DEPOSITION DATE, YOU NEED NOT APPEAR.

Dated: 4/13/06

Notary: [signature with notary seal: BARBARA, COMMONWEALTH OF MASSACHUSETTS, NOTARY PUBLIC]

2

## CERTIFICATE OF SERVICE

I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed First Class postage prepaid a copy of the within to Damon Scarano, Esq.

Signed under the pains and penalties of perjury this 13th day of April, 2006.

_Donnalyn B. Lynch Kahn_
Donnalyn B. Lynch Kahn
Assistant City Solicitor