UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>    Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>    Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

## ORDER

The United States District Court for the District of Massachusetts hereby Orders the Keeper of Records for Bridgewater State Hospital to respond to the Subpoena Duces Tecum annexed hereto.

By: _____

_____
Justice of the United States
District Court for the
District of Massachusetts

DATED: