## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 04-11942GAO |

## ORDER

The United States District Court for the District of Massachusetts hereby Orders the

Keeper of Records for Bridgewater State Hospital to respond to the Subpoena Duces Tecum

annexed hereto.

By:

Justice of the United States    U.S. D. J.
District Court for the
District of Massachusetts

DATED: April 20, 2006