UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE J. MESITE,<br>　　　　　Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>　　　　　Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

## MOTION TO COMPEL

Defendants City of Newton Police Officers Dawn Hough, Joanne Blay and Dina Vacca hereby move to compel the production of medical records by Plaintiff.

In support of this motion, Defendants submit herewith a Memorandum of Law and Affidavit.

　　　　　　　　　　　　　　　　　　　　DEFENDANTS,
　　　　　　　　　　　　　　　　　　　　NEWTON POLICE OFFICERS
　　　　　　　　　　　　　　　　　　　　DAWN HOUGH, JOANNE BLAY
　　　　　　　　　　　　　　　　　　　　AND DINA VACCA,

　　　　　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　　　　　/s/Donnalyn B. Lynch Kahn
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Donnalyn B. Lynch Kahn (BBO # 556609)
　　　　　　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　　　　　　City of Newton Law Department
　　　　　　　　　　　　　　　　　　　　1000 Commonwealth Avenue
　　　　　　　　　　　　　　　　　　　　Newton Centre, MA  02459
　　　　　　　　　　　　　　　　　　　　Tel:  (617) 796-1240

Dated: April 26, 2006