## CERTIFICATE OF SERVICE

    I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed First Class postage prepaid a copy of the within to Damon Scarano, Esq.

    Signed under the pains and penalties of perjury this 26th day of September, 2006.

    /s/DBLK
Donnalyn B. Lynch Kahn
Assistant City Solicitor