UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11942GAO

Lawrence J. Mesite
    Plaintiff

v.

Dawn Hough, et als
    Defendants

### LAWRENCE J. MESITE'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE MEDICAL RECORDS

Now comes Lawrence J. Mesite and opposes Defendant's Motion to Dismiss for the following reasons:

(1) Medical records are not the issue in this matter. This is a question of the constitutional rights of Mesite pursuant to an eleven month wait for a trial.

(2) Mesite has tried to collect records, but the hospital's do not comply with his directives to obtain his own medical records.

(3) The United States District Court has issued a motion to compel production of medical records to Bridgewater State Hospital. Bridgewater State Hospital has never honored the request of the Court.

(4) Mesite has received his medical records from MaClean's Hospital, Belmont, Massachusetts.

(5) Mesite has told Bridgewater of the need for medical records. Bridgewater stated that it takes several months.

Mesite opposes the Motion to Dismiss and requests a court hearing on the matter. This would be highly inequitable to punish Mesite for a condition he has no control.

The plaintiff,
By his attorney,

*/s/ Damon Scarano*

Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA 02110

I hereby certify that a true copy
of the above document was served
upon all counsel of record by first
class mail on September 26, 2006.

*/s/ Damon Scarano*