## **RULE 7.1 CERTIFICATION**

      I, Donnalyn B. Lynch Kahn, hereby certify that I have conferred with counsel for the Plaintiff by letter dated January 26, 2007, that we attempted in good faith to resolve or narrow the issues in the instant motion and were unable to resolve the same.

/s/ Donnalyn B. Lynch Kahn
Donnalyn B. Lynch Kahn
Assistant City Solicitor

Dated:   February 13, 2007