UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>        Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>        Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

**MOTION TO COMPEL ANSWERS TO INTERRROGATORIES**

Defendants City of Newton Police Officers Dawn Hough, Joanne Blay and Dina Vacca hereby move to compel the answers to interrogatories by Plaintiff.

In support of this motion, Defendants submit herewith a Memorandum of Law and Affidavit.

                                      DEFENDANTS,
                                      NEWTON POLICE OFFICERS
                                      DAWN HOUGH, JOANNE BLAY
                                      AND DINA VACCA,

                                      By their attorney,

                                      /s/Donnalyn B. Lynch Kahn
                                      _____
                                      Donnalyn B. Lynch Kahn (BBO # 556609)
                                      Assistant City Solicitor
                                      City of Newton Law Department
                                      1000 Commonwealth Avenue
                                      Newton Centre, MA  02459
                                      Tel:  (617) 796-1240

Dated:  July 10, 2007