UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>        Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>        Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

**AFFIDAVIT OF DONNLAYN B. LYNCH KAHN**
**IN SUPPORT OF MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

I, Donnalyn B. Lynch Kahn, on oath, hereby depose and say as follows:

1. I am the Assistant City Solicitor representing Defendants City of Newton Police Officers Dawn Hough, Joanne Blay and Dina Vacca in the above-captioned matter.

2. I am making this affidavit in support of Defendants' Motion to Compel Answers to Interrogatories as to facts of my own personal knowledge.

3. On or about April 6, 2007, Defendants served upon Plaintiff a First Set of Interrogatories. A true and accurate copy of the same is attached hereto as Exhibit "A".

4. Defendants granted Plaintiff an extension of time to provide answers which time has passed.

5. To date, Plaintiff has not provided any interrogatory answers.

Signed under the pains and penalties of perjury this 10th day of July, 2007.

/s/ Donnalyn B. Lynch Kahn
_____
Donnalyn B. Lynch Kahn