## **RULE 7.1 CERTIFICATION**

I, Donnalyn B. Lynch Kahn, hereby certify that I have conferred with counsel for the Plaintiff, that we attempted in good faith to resolve or narrow the issues in the instant motion and were unable to resolve the same.

/s/ Donnalyn B. Lynch Kahn

_____

Donnalyn B. Lynch Kahn

Dated:    July 10, 2007