## **CERTIFICATE OF SERVICE**

I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed via First Class Mail, postage prepaid, a copy of the within documents to Damon Scarano, Esq., 60 Commercial Wharf, Boston, MA 02210.

Signed under the pains and penalties of perjury this 10th day of July, 2007.

/s/ Donnalyn B. Lynch Kahn
───────────────────────
Donnalyn B. Lynch Kahn
Assistant City Solicitor