UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11942-GAO

LAWRENCE J. MESITE,
Plaintiff

v.

NEWTON POLICE OFFICER DAWN HOUGH, NEWTON POLICE OFFICER JOANNE BLAY, NEWTON POLICE OFFICER DINA VACCA, SUPERINTENDENT CITY OF NEWTON KENNETH NELSON, and BRIDGEWATER STATE HOSPITAL,
Defendants

ORDER
August 17, 2007

O'TOOLE, D.J.

Before this court is the defendants' unopposed motion to compel answers to their First Set of Interrogatories (dkt. no. 32), which were served on the plaintiff in the beginning of April 2007. Having been presented with no reason for the delay and because the interrogatories seek basic information relevant to the plaintiff's claims, the motion is GRANTED. The plaintiff is ordered to produce his responses within fourteen (14) days of this Order. Furthermore, in light of repeated delays by the plaintiff in complying with his obligations to the defendants and the Court, should the plaintiff fail to comply with this Order, additional sanctions may be imposed as authorized by Federal Rule of Civil Procedure 37.

It is SO ORDERED.

|   Aug 17, 2007   |   /s/ George A. O'Toole, Jr.   |
| DATE | DISTRICT JUDGE |