UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE J. MESITE,<br>       Plaintiff<br><br>v.<br><br>NEWTON POLICE OFFICER, DAWN HOUGH,<br>NEWTON POLICE OFFICER, JOANNE BLAY,<br>NEWTON POLICE OFFICER, DINA VACCA,<br>CITY OF NEWTON, SUPERINTENDENT,<br>KENNETH NELSON AND BRIDGEWATER<br>STATE HOSPITAL<br>       Defendants | CIVIL ACTION<br>NO. 04-11942GAO |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Mass. R. Civ. P. 41 (a)(1)ii), the parties to the above-captioned action hereby stipulate and agree that this action be dismissed with prejudice without costs and waiving any and all rights of appeal.

                          DEFENDANTS,
                          NEWTON POLICE OFFICERS DAWN HOUGH,
                          JOANNE BLAY AND DINA VACCA, AND
                          THE CITY OF NEWTON,
                          By their attorney,

                          */s/ Donnalyn B. Lynch Kahn*
                          Donnalyn B. Lynch Kahn (BBO # 556609)
                          Associate City Solicitor
                          City of Newton Law Department
                          1000 Commonwealth Avenue
                          Newton Centre, MA  02459
Dated: 2/14/08      Tel:  (617) 796-1240

                          LAWRENCE J. MESITE,
                          By his attorney,

                          */s/ Damon Scarano (DBLK)*
                          Damon Scarano, Esq.
                          60 Commercial Wharf
                          Boston, MA 02110
Dated:  2/14/08     Tel:  (617) 367-0395